**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CRONOS TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> PRICELINE.COM INC., <br><br> Defendant. | C.A. No. 13-1541-LPS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on September 15, 2014, copies of (1) **PLAINTIFF CRONOS TECHNOLOGIES, LLC'S DISCLOSURES TO DEFENDANT PRICELINE.COM, INC. PURSUANT TO ¶ 4(a) OF THE DELAWARE DEFAULT STANDARD FOR DISCOVERY AND ¶ 7(a) OF THE PARTIES' PROPOSED SCHEDULING ORDER** and (2) this **NOTICE OF SERVICE** were served as shown:

**BY EMAIL**

Jack B. Blumenfeld
Julia Heaney
Regina S.E. Murphy
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

David Folsom
Jackson Walker LLP
6002 Summerfield, Suite B
Texarkana, TX 75503

John M. Jackson
Nathaniel (Nate) St. Clair II
Matthew C. Acosta
Jackson Walker LLP
Bank of America Plaza
901 Main Street, Suite 6000
Dallas, TX 75202

Dated:  September 15, 2014

OF COUNSEL:

Larry C. Russ
Alexander C.D. Giza
Shani M. Tutt
Paul A. Kroeger
Brian D. Ledahl
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, Twelfth Floor
Los Angeles, California 90025
(310) 826-7474
lruss@raklaw.com
agiza@raklaw.com
stutt@raklaw.com
pkroeger@raklaw.com
bledahl@raklaw.com

BAYARD, P.A.

*/s/ Sara E. Bussiere*_____
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
Sara E. Bussiere (sb5725)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Plaintiff Cronos Technologies,
LLC*