IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRONOS TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>EXPEDIA, INC.,<br><br>Defendant. | C.A. No. 13-1538-LPS |
| CRONOS TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PRICELINE.COM INC., *et al.*,<br><br>Defendants. | C.A. No. 13-1541-LPS |
| CRONOS TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELOCITY.COM L.P.,<br><br>Defendant. | C.A. No. 13-1544-LPS |

**PLAINTIFF CRONOS TECHNOLOGIES, LLC'S MOTION TO EXCLUDE CERTAIN TESTIMONY OF DEFENDANTS' EXPERTS PETER KENT, DR. MICHAEL SHAMOS AND MICHELE RILEY**

Plaintiff Cronos Technologies, LLC ("Cronos") hereby moves, Pursuant to Rule 702 of the Federal Rules of Evidence and *Daubert v. Merrell Dow Pharms.*, 509 U.S. 579, 591 (U.S. 1993), to exclude certain testimony of Defendants' identified experts, Peter Kent, Dr. Michael Shamos, and Michele Riley. The grounds for this motion are set forth in Cronos' Opening Brief

1

filed herewith.

The undersigned counsel certifies pursuant to Local Rule 7.1.1 that Cronos made good faith efforts to resolve this matter with Defendants before filing this motion, but the parties could not resolve their dispute.

Date: March 14, 2016

OF COUNSEL:

Brian D. Ledahl
Paul A. Kroeger
Adam S.D. Hoffman
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
(310) 826-7474
mfenster@raklaw.com
bledahl@raklaw.com
pkroeger@raklaw.com

BAYARD, P.A.

*/s/ Stephen B. Brauerman*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
Sara E. Bussiere (sb5725)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Plaintiff Cronos Technologies, LLC*