IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRONOS TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-1538 (LPS) |
| | ) | |
| EXPEDIA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| CRONOS TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-1541 (LPS) |
| | ) | |
| PRICELINE.COM, INCORPORATED (n/k/a THE PRICELINE GROUP INC.) and PRICELINE.COM LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| CRONOS TECHNOLOGIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-1544 (LPS) |
| | ) | |
| TRAVELOCITY.COM L.P., | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

Pursuant to the Court's August 15, 2016, Memorandum Order granting Defendants' motion for summary judgment of non-infringement, (D.I. 275 in C.A. No. 13-1538; D.I. 282 in C.A. No. 13-1541; D.I. 275 in C.A. No. 13-1544), it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. Defendants Expedia, Inc., TVL LP f/k/a Travelocity.com L.P., priceline.com Incorporated (n/k/a The Priceline Group Inc.), and priceline.com LLC (collectively, "Defendants") have not infringed any claim of U.S. Patent No. 5,664,110 (the "'110 Patent") for the reasons stated in the Court's Order of August 15, 2016;

2. **FINAL JUDGMENT** of non-infringement of the '110 Patent is entered in favor of Defendants and against Plaintiff;

3. Any request for an award of costs or attorneys' fees shall be filed within 30 days after the later of the date that the time for appeal of this Judgment has expired or, if there is an appeal from this Judgment, the issuance of the Mandate of the Court of Appeals; and

4. In the event that an appeal is taken from this Judgment and the Judgment is reversed or remanded for further proceedings, all defenses asserted and pending motions (including D.I. 164, D.I. 167, and D.I. 170 in C.A. No. 13-1538; D.I. 170, D.I. 173, and D.I. 176 in C.A. No. 13-1541; D.I. 164, D.I. 167, and D.I. 170 in C.A. No. 13-1544), shall be reinstated.

August 18, 2016

_____
CHIEF JUDGE Leonard P. Stark